UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

NATHAN M. POKE,

    Plaintiff,

v.                                 Case No. 19-CV-33

CITY OF LA CROSSE, WISCONSIN and
RON TISCHER,

    Defendants.

## DEFENDANTS' MOTION FOR A PROTECTIVE ORDER

Defendants, City of La Crosse and Ronald Tischer, by their attorneys, von Briesen & Roper, s.c., move the Court, pursuant to Rule 26(c) of the Federal Rules of Civil Procedure, for an order to preclude discovery. Specifically, Defendants move the Court for an order to preclude the discovery sought by Plaintiff, Nathan M. Poke, in his Second Set of Written Discovery to Defendants, as the burden, expense and relevance of the proposed discovery outweigh its likely benefit.

This Motion for Protective Order is based on the pleadings and papers on file herein, including Defendants' Brief in Support of Motion for Protective Order, the Affidavit of Christopher P. Riordan, and the Affidavit of Robert Abraham.

Dated this 18th day of June, 2019.

                                        von Briesen & Roper, s.c.
*Attorneys for Defendant, City of La Crosse and Ron Tischer*

By: *s/ Christopher P. Riordan*
    Christopher P. Riordan, SBN 1018825
    411 E. Wisconsin Ave., Suite 1000
    Milwaukee, WI 53202
    414.287.1268
    414.238.6635 – Facsimile
    criordan@vonbriesen.com
33275193_1