State of Wisconsin
Dept. of Workforce Development
Equal Rights Division

**Discrimination Complaint**
**Wisconsin Fair Employment Law**

ERD Case #
CR

For office use only

Authorization for this form is provided under Section 111.39(1), Wisconsin Statutes.
Personal information you provide may be used for secondary purposes [Privacy Law, s. 15.04(1)(m), Wisconsin Statutes].

**READ instructions on page two FIRST then type or print in black ink.**

### 1. Complainant Information

| Field | Value |
|---|---|
| First Name | NATHAN |
| Middle Initial | M. |
| Last Name | POKE |
| Street Address/PO Box | 7400 2nd Ave. S. |
| City | Richfield |
| State | MN |
| Zip Code | 55423 |
| Telephone Number | (612) 598-3926 |
| E-Mail Address | Nate.Poke@gmail.com |
| May we call the Complainant at work? | ☐ Yes ☒ No |
| Work Telephone Number | Ext. |

### 2. Respondent Information

The **company**, agency, or union you believe discriminated against you. Name only **ONE** Respondent per form. Do **not** name an **individual person** as Respondent.

| Field | Value |
|---|---|
| Name | CITY OF LA CROSSE |
| Street Address/PO Box | 400 La Crosse St., 2nd Floor |
| City | La Crosse |
| State | WI |
| Zip Code | 54601 |
| Telephone Number | (608) 789-7510   Ext. |
| In what Wisconsin county did the violation take place? | La Crosse |

### 3. CHECK ONLY THE BOXES THAT WERE THE REASON FOR DISCRIMINATION

If you checked a box with an *, the statement in that box must be completed.
I believe the Respondent(s) discriminated or took action against me **because**

| | | |
|---|---|---|
| ☒ of my race * which is | ☐ of my conviction record | ☐ of polygraph testing |
| ☐ of my creed (religion) * which is | ☐ of my age (40 or older) * my date of birth is | ☐ of my military service |
| ☐ of my sex * which is | ☐ of my marital status * which is | ☐ of my use or nonuse of lawful products |
| ☐ of my pregnancy or maternity | ☐ of my sexual orientation * which is | ☐ of genetic testing |
| ☐ of my national origin/ancestry * which is | ☐ of my color * which is | ☐ of my arrest record |
| ☐ of my disability * which is | ☐ I filed a previous **discrimination complaint** with Equal Rights Enter Case Number: CR | ☐ I opposed discrimination in the workplace (**refer to directions (c)**) |

☐ I declined to attend a meeting or to participate in a Communication about Religious matters or political matters

☐ I previously filed a **family/medical leave complaint** with the Equal Rights Division
Enter Case Number: CR

☐ I testified or assisted with a **discrimination complaint** filed with the Equal Rights Division
Enter Case Number: CR

☐ I previously filed a **wage and hour complaint** with the Equal Rights Division
Enter Case Number: LS

☐ The employer believed that I was going to file a **wage and hour complaint** with the Equal Rights Division

### 4. Dates of discrimination (Required; estimate if unsure)

| Date the discrimination began? Mm/dd/yyyy | Date of the most recent discrimination? Mm/dd/yyyy |
|---|---|
| September 11, 2015 | August 10, 2016 |

ERD-4206-E (R. 11/2012)

EXHIBIT 2



Poke
EXHIBIT 1
3-2-18
GRAMANN REPORTING, LTD.

### 5. Statement of discrimination:

Write a brief, concise statement explaining how you were discriminated against. Give the date each action occurred and the name of the person who took the action. Explain how each action(s) was related to the box (es) you checked in section #3 on page one.

I was a member of the La Crosse, Wisconsin, Police Department, since 2011. I was one of approximately two African-American officers on the force. In 2015 I was assigned as a Neighborhood Response Officer (NRO), which was a desireable job for me. I was assigned to the same squad car as Officer Dan Ulrich, who is white.

In 2015, I began to notice a pattern of misconduct on the part of Officer Ulrich, and I became concerned that, if I did not report it, I, myself, might be in serious trouble. So I made an oral report to my direct supervisor (Sgt. Andy Dittman, the acting Sgt. of the Vice Unit and the NRO unit).

As a result of my report, the La Crosse Police Department commenced an investigation of Officer Ulrich, but the Department also commenced an investigation of me. Moreover, I was placed on Administrative Leave while Officer Ulrich was not.

In the spring of 2016, the investigation of me had progressed to a point that it was clear to me the City would be seeking my termination, albeit for some rather petty alleged misconduct. Because I did not believe that there was any chance to preserve my employment and reputation by opposing the City's efforts to fire me through avaiable channels, I authorized my union and my attorney to negotiate for the most favorable terms of resignation they could.

On August 10, and 11, 2016, respectively, the City's representative and I signed an agreement that effected the termination of my employment with the City of La Crosse. I allege that my "voluntary resignation" pursuant to this agreement was a constructive discharge, since I resigned only in order to avoid my certain termination for alleged misconduct.

### 6. Certification and Signature

By my signature below, I certify that I have read the above complaint, and, under penalties of law, I declare that this complaint is true and correct to the best of my knowledge and belief.

| Signature of Complainant or authorized representative | Date signed |
|---|---|
| *[signature]* | 12/20/16 |

Please complete Equal Rights Process Information Sheet on Page 4

# EQUAL RIGHTS COMPLAINT PROCESS INFORMATION SHEET

Please complete and return this sheet with your completed complaint. This information is necessary to process your complaint effectively.

| Complainant First Name **NATHAN** | Complainant Middle Initial **M/** | Complainant Last Name **POKE** |
|---|---|---|
| Current Date **12/29/2016** | Complainant Date of Birth (requested for identification purposes) mm/dd/yyyy **5/30/1987** | |

Contact Information (Important! The Complainant must notify the Equal Rights Division, if there is a change of address or telephone number. If we are unable to locate the Complainant, the complaint may be dismissed.)

| Is there a telephone number where the Complainant can be reached between 7:45 a.m. & 4:30 p.m.? ☐ Yes ☒ No | If yes, provide the area code and telephone number |
|---|---|

Please provide the name, address, and telephone number of someone who does not reside with the Complainant but who will know where to reach the Complainant.

| Contact Person Name **Atty. Jeff Scott Olson** | | Relationship to the Complainant **Attorney** | | | |
|---|---|---|---|---|---|
| Street Address **131 W. Wilson St.** | City **Madison** | | State **WI** | Zip Code **53703** | Telephone Number **(608) 283-6001** |

## Employer Information

| Approximate number of employees at all of the employer's work locations ☐ Less than 15  ☐ 15-100  ☐ 101-200  ☒ 201-500  ☐ More | Type of Business **City** |
|---|---|
| Does another company own the employer? ☐ Yes  ☒ No  ☐ Not Sure | If yes, please provide the name of that company |

## Filing with other Agencies

| Have you filed a complaint in this matter with any other agency? ☐ Yes  ☒ No | If yes, name of agency | Date filed with the other agency |
|---|---|---|

## Settlement Information

**Complete this section if the Complainant was or still is employed by the employer.**

| When was the Complainant hired? | What was/is the job title? | Is the Complainant still employed by the Respondent? ☐ Yes  ☐ No |
|---|---|---|

Complete this section if the Complainant is no longer employed by the employer.

| How did the Complainant's employment end? ☐ Discharged ☐ Quit ☐ Laid off ☐ Retired ☒ Other | Date Employment Ended **9/30/2016** | Pay Rate at End **$29.00** | Hours per Week **40** |
|---|---|---|---|
| If the Complainant was not promoted, what was the title of the position applied for? | | Rate of Pay | Hours per Week |

At this time, what is the Complainant seeking to settle the complaint?
**Please contact Attorney Olson for this information.**

## Statistical Information

| Complainant Sex: ☒ Male  ☐ Female |
|---|
| Complainant Race (check appropriate box or boxes): ☐ American Indian or Alaska Native    ☐ Native Hawaiian or Pacific Islander    ☒ Black or African American  ☐ Asian                              ☐ White                                  ☐ Unknown  National Origin |