IN THE
# UNITED STATES DISTRICT COURT
FOR THE
## WESTERN DISTRICT OF WISCONSIN

Nathan M. Poke,

    Plaintiff,

    v.                                             Case No. 19-cv-33

The City of La Crosse, Wisconsin,
and Ron Tischer, Chief of Police,

    Defendants.

### DECLARATION OF JEFF SCOTT OLSON

The undersigned Jeff Scott Olson, hereby declares under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

1.    I am counsel for Plaintiff Nathan Poke in this case.

2.    At no time has defense counsel contacted me to discuss the Plaintiff's second set of discovery requests, or, in fact, any objections they might have to any of the Plaintiff's discovery efforts.

3.    I have invested over five hours in researching and drafting my brief in response to the Defendants' Motion for a Protective Order, but I ask the court to award

attorneys' fees for only three and a half hours, at my regular hourly rate of $675, for a total of $2,362.50.

I have executed this Declaration on June 25, 2019, and it is true and correct to the best of my recollection and belief.

/s/ Jeff Scott Olson
_____
Jeff Scott Olson

### Certificate of Service

I hereby certify that on Tuesday, June 25, 2019, I electronically filed the foregoing with the Clerk of the Court using the ECF system which will send notification of such filing to the following: Christopher Riordan, and I hereby certify that I have mailed by United States Postal Service the document to the following non ECF participants: none.

/s/ Jeff Scott Olson