

TAGLaw International Lawyers

Christopher P. Riordan
Direct Telephone
414-287-1268
criordan@vonbriesen.com

August 12, 2019

*Via Electronic Filing*

Magistrate Judge Stephen L. Crocker
United States District Court
Western District of Wisconsin

RE:   *Nathan M. Poke v. The City of La Crosse, Wisconsin and Ron Tischer*
      Case No. 19CV33

Dear Judge Crocker:

This letter is written as an update with regard to the parties' progress on the issue of Plaintiff's discovery. Initially, Plaintiff's requests for production resulted in 57,417 email hits.

The parties refined the requests and the new requests resulted in approximately 2,852 email hits.

I believe the parties can continue to work toward a further reduction in email hits and reach a compromise with regard to Plaintiff's discovery requests.

I would ask the Court allow additional time for counsel to discuss revising the requests and allow the Director of Information Technology for the City of La Crosse time to run the requests to determine if a resolution can be accomplished.

If you have any questions, please feel free to contact me.

Very truly yours,

von BRIESEN & ROPER, s.c.

Christopher P. Riordan
CPR:smk