**STATE OF WISCONSIN**
**DEPARTMENT OF WORKFORCE DEVELOPMENT**
**EQUAL RIGHTS DIVISION**

---

Nathan Poke
7400 2nd Avenue S
Richfield, Minnesota 55423

        Complainant

RECEIVED SEP 24 2018

v.

        **ORDER OF DISMISSAL**
        **WITHDRAWAL OF COMPLAINT –**
        **CLAIMS IN OTHER FORUMS NOT WITHDRAWN**
        **ERD Case No. CR201604903**
        **EEOC Case No. 26G201700359C**

City of LaCrosse
400 La Crosse Street, 2nd Floor
La Crosse, Wisconsin 54601

        Respondent

---

The Complainant has made a written request to withdraw his complaint filed with the Equal Rights Division. The Complainant has, however, indicated his intent to pursue claims under federal law.

Accordingly, the Administrative Law Judge issues the following:

### ORDER

The complaint in this matter is hereby dismissed with prejudice with respect to claims made before the Equal Rights Division in Case No. CR201604903.

Dismissal of the Complainant's claims filed with the Equal Rights Division is without prejudice to any right the Complainant may have to pursue claims, including but not limited to those stated in EEOC Case No. 26G201700359C, in any other forum.

Dated at Milwaukee, Wisconsin        SEP 20 2018

        Laura J. Amundson
        Administrative Law Judge

Copy:  Complainant
       Respondent
       Jeff Scott Olson, Attorney for Complainant
       Christopher Riordan, Attorney for Respondent
       EEOC



EXHIBIT 5